UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SHARON LEAHY-LIND, and KATIE WOODBURY, </br></br> Plaintiffs, </br></br> v. </br></br> MAINE DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTER FOR DISEASE CONTROL AND PREVENTION, SHEILA G. PINETTE, CHRISTINE ZUKAS and LISA SOCKABASIN, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) No. 1:13-CV-389-GZS </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Sharon Leahy-Lind and Katie Woodbury, and Defendants Maine Department of Health and Human Services, Center for Disease Control and Prevention; Sheila G. Pinette; Christine Zukas; and Lisa Sockabasin, by their undersigned counsel, hereby stipulate and agree that this action, together with any and all claims asserted in the action, shall be dismissed in its entirety *with prejudice* and without any assessment by the Court of costs or attorneys' fees.

SO STIPULATED AND AGREED:

Dated: February 17, 2015

| | |
|---|---|
| */s/ Eric J. Uhl* </br> Eric J. Uhl </br> Fisher & Phillips LLP </br> 477 Congress Street, 5th Floor </br> Portland, ME  04101 </br> 207-523-3449 </br> euhl@laborlawyers.com </br></br> Attorney for Defendant Maine DHHS, CDC | */s/ Cynthia Dill* </br> Cynthia Dill </br> Troubh Heisler, P.A. </br> 511 Congress Street </br> P.O. Box 9711 </br> Portland, ME  04401 </br> 207-774-7474 </br> cdill@troubhheisler.com </br></br> Attorney for Plaintiffs Sharon Leahy-Lind and Katie Woodbury |

| | |
|---|---|
| */s/ Graydon Stevens* | */s/ Phillip E. Johnson* |
| Graydon G. Stevens | Phillip E. Johnson |
| Kelly, Remmel & Zimmerman | Johnson & Webbert, LLP |
| 53 Exchange Street | 160 Capitol Street, P.O. Box 79 |
| P.O. Box 597 | Augusta, Maine 04332-0079 |
| Portland, ME 04112-0597 | 207-623-5110 |
| 207-775-1020 | PJohnson@johnsonwebbert.com |
| gstevens@krz.com | |
| | |
| Attorney for Defendant Sheila G. Pinette | Attorney for Defendant Christine Zukas |

*/s/ Timothy J. O'Brien*
Timothy J. O'Brien
Libby O'Brien Kingsley & Champion, LLC
62 Portland Road, Suite 17
Kennebunk, ME  04043
207-985-1815
tobrien@lokllc.com

Attorney for Defendant Lisa Sockabasin